1  Peter Borenstein (SBN 304266)
       Email: peter@brnstn.org
2  P.O. Box 885
   Culver City, CA 90232
3  Telephone: 213.362.8740 / Facsimile: 877.460.3681
   Attorney for Plaintiff CLAUDELL MARTIN

4  **McGuireWoods LLP**
   Sabrina A. Beldner (SBN 221918)
5      Email: sbeldner@mcguirewoods.com
   1800 Century Park East, 8th Floor
6  Los Angeles, CA 90067-1501
   Telephone: 310.315.8200 / Facsimile: 310.315.8210
7  Attorneys for Defendants MERRILL LYNCH, PIERCE, FENNER & SMITH INC.

8  **Littler Mendelson, P.C.**
   Eric J. Graffeo (SBN 301513)
9      Email: egraffeo@littler.com
   2049 Century Park East, 5th Floor
10 Los Angeles, CA 90067-3107
   Telephone: 310.553.0308 / Facsimile: 310.553.5583
11 Attorneys for Defendants AVIS BUDGET GROUP, INC. and EMPLOYEE
   BENEFITS COMMITTEE FOR THE AB CAR RENTAL SERVICES
12 RETIREMENT SAVINGS PLAN FOR BARGAINING HOURLY EMPLOYEES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL MARTIN, | CASE NO. 2:20-cv-02085-RSWL-JC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| AVIS BUDGET GROUP, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; EMPLOYEE BENEFITS COMMITTEE FOR THE AB CAR RENTAL SERVICES RETIREMENT SAVINGS PLAN FOR BARGAINING HOURLY EMPLOYEES, | |
| Defendants. | |

Plaintiff Claudell Martin ("Plaintiff"), and Defendants Avis Budget Group, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., and the Employee Benefits Committee for the AB Car Rental Services Retirement Savings Plan for Bargaining Hourly Employees ("Defendants") (collectively the "Parties"), by and through their undersigned counsel of record, hereby notify the Court that they have reached a settlement in this case that will fully dispose of all disputed claims between them. The Parties are in the process of preparing the settlement papers, and expect to submit a joint stipulation of dismissal shortly. Accordingly, the Parties request that all current deadlines for this matter, including Defendants' responsive pleading deadline, be taken off calendar. If for any reason the settlement is not finalized as expected, the Parties will immediately notify the Court.

DATED: June 4, 2020         **PETER BORENSTEIN**

By: _____
Peter Borenstein, Esq.
Attorney for Plaintiff CLAUDELL MARTIN

DATED: June 3, 2020         **MCGUIREWOODS LLP**

By: _/s/ Sabrina A. Beldner (with permission)_
Sabrina A. Beldner, Esq.
Attorneys for Defendant MERRILL LYNCH, PIERCE, FENNER & SMITH INC.

DATED: June 3, 2020         **LITTLER MENDELSON, P.C.**

By: _/s/ Eric J. Graffeo_

Eric J. Graffeo, Esq.  
Wesley E. Stockard, Esq. (PHV)  
Rachel C. Werner, Esq. (PHV)  
Attorneys for Defendants AVIS BUDGET GROUP, INC. and EMPLOYEE BENEFITS COMMITTEE FOR THE AB CAR RENTAL SERVICES RETIREMENT SAVINGS PLAN FOR BARGAINING HOURLY EMPLOYEES

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Eric J. Graffeo*
Eric J. Graffeo

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2020, at Los Angeles, California.

                        */s/ Eric J. Graffeo*
                          Eric J. Graffeo