Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Former Attorney for Plaintiff
CLAUDELL MARTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL MARTIN,<br><br>      Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., et al.,<br><br>      Defendants. | Case No. 2:20-cv-02085-RSWL-JC<br><br>**DECLARATION IN SUPPORT OF PETER BORENSTEIN IN SUPPORT OF PLAINTIFF'S REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL** |

I, PETER BORENSTEIN, declare:

1. I was previously retained by Plaintiff Claudell Martin in the above-entitled action. I have personal knowledge of the matters set forth in this declaration.

2. On June 4, 2020, counsel for the parties filed a Notice of Settlement based on a tentative settlement agreement they had negotiated pending Mr. Martin's approval.

3.     On July 6, 2020, Mr. Martin advised me that he would not sign the settlement agreement despite my counsel over several weeks to the contrary.

4.     During this conversation, Mr. Martin indicated to me that he was prepared to prosecute this matter *in pro per* and had already contacted the Court's clerk regarding moving forward as a *pro se* litigant.

5.     I advised Mr. Martin of the risks involved with rejecting the settlement agreement and representing himself going forward, including the possibility of the Court granting the Defendants' motion to dismiss.

6.     Nevertheless, Mr. Martin and I have since terminated our attorney/client relationship and it is my understanding that he plans to oppose Defendants' motion to dismiss.

7.     Given Mr. Martin's rejection of the settlement agreement I negotiated in good faith on his behalf with counsel for Defendants, the termination of our attorney/client relationship, and his intent to represent himself going forward against my advice, good cause exists to allow my withdrawal from this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of July 2020, at Los Angeles, California

By:_____
Peter Borenstein