# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Claudell Martin | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-02085-RSWL-JC |
| v. | |
| Avis Budget Group, Inc., et al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Claudell Martin          ☒ Plaintiff  ☐ Defendant  ☐ Other
_Name of Party_

to substitute Claudell Martin _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

X 415 E. 46 St.
_Street Address_

X Los Angeles, CA. 90011          claudellmartin54@gmail.com
_City, State, Zip_                        _E-Mail Address_

213-246-8299
_Telephone Number_          _Fax Number_          _State Bar Number_

as attorney of record instead of Peter Borenstein
_List **all** attorneys from same firm or agency who are withdrawing._

is hereby     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY