CLAUDELL MARTIN
415 East 46th Street
Los Angeles, CA 90011
Telephone: 213-246-8299
PRO SE PLAINTIFF

ERIC J. GRAFFEO, Bar No. 301513
egraffeo@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

WESLEY E. STOCKARD (Admitted *Pro Hac Vice*)
wstockard@littler.com
RACHEL C. WERNER (Admitted *Pro Hac Vice*)
rwerner@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile:   404.233.2361

Attorneys for Defendant
EMPLOYEE BENEFITS COMMITTEE
FOR THE AB CAR RENTAL SERVICES
RETIREMENT SAVINGS PLAN FOR
BARGAINING HOURLY EMPLOYEES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL MARTIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>AVIS BUDGET GROUP, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; EMPLOYEE BENEFITS COMMITTEE FOR THE AB CAR RENTAL SERVICES RETIREMENT SAVINGS PLAN FOR BARGAINING HOURLY EMPLOYEES,<br><br>              Defendants. | CASE NO. 2:20-cv-02085-RSWL-JC<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*Filed Under Separate Cover:*<br><br>**[PROPOSED] ORDER** |

131526874.1

**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Claudell Martin ("Plaintiff") and Defendant the Employee Benefits Committee for the AB Car Rental Services Retirement Savings Plan for Bargaining Hourly Employees (the "Committee" and, collectively with Plaintiff, the "Parties"),[1] by and through their undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Parties to each bear their own respective fees and costs.

DATED: March 8, 2021              **CLAUDELL MARTIN**


By:   */s/Claudell Martin (with permission)*
      Claudell Martin
      *Pro se* Plaintiff

DATED: March 8, 2021              **LITTLER MENDELSON, PC**


By:   */s/ Wesley E. Stockard*
      Eric J. Graffeo, Esq.
      Wesley E. Stockard, Esq. (PHV)
      Rachel C. Werner, Esq. (PHV)

      Attorneys for Defendants AVIS BUDGET GROUP, INC. and EMPLOYEE BENEFITS COMMITTEE FOR THE AB CAR RENTAL SERVICES RETIREMENT SAVINGS PLAN FOR BARGAINING HOURLY EMPLOYEES

---

[1] All claims against other parties named in this action have already been dismissed. (*See* Doc. 48.)

131526874.1                               1
**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Wesley E. Stockard*
Wesley E. Stockard

131526874.1

2
**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2021, at Atlanta, Georgia.

    /s/ Wesley E. Stockard
    Wesley E. Stockard

131526874.1

3
**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**